UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 0:20-CR-8-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JOSHUA AARON VALLANCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

*** *** *** ***

After conducting Rule 11 proceedings, Judge Stinnett recommended that the undersigned accept Defendant Joshua Vallance's guilty plea and adjudge him guilty of the offense charged in Count One of the Indictment. DE 51 (Minute Entry); DE 50 (Plea Agreement). Judge Stinnett expressly informed Defendant of his right to object to the recommendation and to secure de novo review. *See* DE 52 at 3. The prescribed three-day objection period has passed, and neither Defendant Vallance nor the United States objected to the Recommendation.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 66, 472 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate's judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

1

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 52, **ACCEPTS** Defendant Vallance's guilty plea, and **ADJUDGES** him guilty of Count One of the Indictment (DE 1);

2. The Court **ADOPTS** DE 52 as it relates to a forfeiture finding and forfeiture mechanics. The United States may file any forfeiture motion within thirty (30) days; and

3. The Court will issue a separate sentencing order.[1]

This the 13th day of October, 2020.

Signed By:

**Robert E. Wier**

**United States District Judge**

---

[1] At the hearing, Judge Stinnett, consistent with the parties' agreed recommendation (DE 50 ¶ 9), released Defendant on previously imposed conditions. *See* DE 24 (Order Setting Conditions). The Court, thus, sees no need to further address detention, at this time.